Erwin J. Shustak (CA Bar No. 119152)
shustak@shufirm.com
Jonah A. Toleno (CA Bar No. 209600)
jtoleno@shufirm.com
Katherine S. DiDonato (CA Bar No. 272704)
kdidonato@shufirm.com
SHUSTAK REYNOLDS & PARTNERS, P.C.
401 West "A" Street, Suite 2250
San Diego, CA 92101
Telephone: (619) 696-9500
Facsimile: (619) 615-5290

*Attorneys for Plaintiff David J. Hughes*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. HUGHES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KESTRA PRIVATE WEALTH SERVICES, LLC, f/k/a NFP ADVISOR SERVICES, LLC, f/k/a NATIONAL FINANCIAL PARTNERS CORPORATION, f/k/a WASHINGTON WEALTH MANAGEMENT, LLC, a Delaware limited liability company, and KESTRA INVESTMENT SERVICES, LLC, a Texas limited liability company,<br><br>Defendants. | Case No. 16-cv-1856-DMS (KSC)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i)**<br><br>**Action Filed: July 21, 2016** |

1     NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the
2 Federal Rules of Civil Procedure, Plaintiff David J. Hughes by and through his
3 attorneys, Shustak Reynolds & Partners, P.C., voluntarily dismisses the above-
4 captioned action, without prejudice the entire action and all parties. No Defendant has
5 filed or served an answer, motion for summary judgment, or other pleading or motion
6 in this action.

8 DATED: October 19, 2016        Submitted by,

          SHUSTAK REYNOLDS & PARTNERS, P.C.
          ERWIN J. SHUSTAK, ESQ.
          JONAH A. TOLENO, ESQ.
          KATHERINE S. DIDONATO, ESQ.

          _____ s/ Jonah A. Toleno, Esq. _____
          Email: jtoleno@shufirm.com

          401 West "A" Street, Suite 2250
          San Diego, CA 92101
          Telephone: (619) 696-9500
          Facsimile: (619) 615-5290

          *Attorneys for Plaintiff David J. Hughes*

---

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE